In the Matter of the Claim of JOSEPH A. TERRANOVA, JR., Appellant, v LEHR CONSTRUCTION Co. et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted January 23, 2017; decided February 9, 2017

Motion by New York State Trial Lawyers Associaton for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Judge WILSON taking no part.

In the Matter of the Claim of JOSEPH A. TERRANOVA, JR., Appellant, v LEHR CONSTRUCTION Co. et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted January 23, 2017; decided February 9, 2017

Motion by Injured Workers' Bar Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.

Judge WILSON taking no part.

In the Matter of WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION.

STANISLAW FALTYNOWICZ et al., Appellants, and STATE OF NEW YORK, Intervenor-Appellant, v BATTERY PARK CITY AUTHORITY et al., Respondents.

SANTIAGO ALVEAR, Appellant, and STATE OF NEW YORK, Intervenor-Appellant, v BATTERY PARK CITY AUTHORITY, Respondent.

PETER CURLEY et al., Appellants, and STATE OF NEW YORK, Intervenor-Appellant, v BATTERY PARK CITY AUTHORITY, Respondent.

Decided February 9, 2017

See 846 F3d 58.